# REPORTS OF CASES ADJUDGED

# SUPREME COURT OF PORTO RICO.

## RUIZ DE VAL *v.* VIRELLA.

APPEAL from the District Court of Humacao.

No. 7.—Decided December 10, 1903.

APPEAL —DISSOLUTION OF ATTACHMENT.—A decision ordering the dissolution of an attachment is not a final order for the purposes of an appeal.

### STATEMENT OF THE CASE.

In the case of Eugenio Ruiz de Val *v.* Pedro Virella Uribe an appeal in cassation was taken from an order made by the District Court of Humacao, which appeal is now pending before us. The appeal was taken by Eugenio Ruiz de Val, represented in this court by Tomás Bernardini, against Pedro Virella Uribe, represented in this court by Rafael López Landrón, the respondent only having appeared in this court, represented by his counsel Rafael López Landron.

This suit originated in a claim for money loaned during the year 1893. A complaint was filed on May 31, 1902, praying for an attachment, and a decree was issued ordering the attachment of several properties therein described. The Registrar of Property was notified and the complaint was filed with the court on May 5, 1902. The citation was duly

contra varias fincas que se citan, y que notificado fué el Registrador de la Propiedad, y que la demanda fué presentada ante el Tribunal el día 5 de Mayo de 1902, y que la citación se hizo en debida forma y se notificó al Registrador de la Propiedad, y que de vez en cuando se hicieron varias providencias interlocutorias, y al fin, en 16 de Abril de 1902, Eugenio Ruiz de Val, el demandante, fué notificado que dentro de cinco días habría de prestar una fianza de la suma de mil dollars en efectivo, ó dos mil dollars en propiedad, para responder por los daños que se podrían sufrir.

*Resultando*: que el Señor Rafael López Landrón, abogado del demandado, presentó una contesta resistiendo el embargo, y solicitando el levantamiento del mismo, y en el día 6 de Abril de 1902 el abogado anteriormente citado presentó un escrito en el cual contestó á la querella.

*Resultando*: que en 14 de Agosto de 1902 el embargo fué anulado por una providencia dictada en debida forma por el Tribunal de Distrito de Humacao, por que el querellante no había prestado la fianza que se había ordenado que prestara en el día 16 de Abril anterior, y se ordenó la expedición de una notificación al Registrador de la Propiedad.

*Resultando*: que Tomás Bernardini en el día 2 de Agosto de 1902 presentó un escrito solicitando se anualase la providencia del 14 del mismo mes, y que se estableciera de nuevo el embargo, y después en 29 de Agosto de 1902 se dictó una providencia en la cual constaron todos estos hechos, y en la cual la Corte denegó anular dicha orden.

*Resultando*: que contra este mandato Tomás Bernardini interpuso recurso de apelación para ante este Tribunal, alegando que el embargo no podía anularse con anterioridad á la vista del pleito, y que dicho recurso de apelación se perfeccionó y está pendiente en la actualidad ante este Tribunal.

Abogado del apelante: *Sr. Bernardini.*

Abogado del apelado: *Sr. López Landrón.*

made and the Registrar of Property was notified, several
interlocutory orders being issued from time to time, and
finally on April 16, 1902, Eugenio Ruíz de Val, the plaintiff,
was notified that within five days he must give a cash bond
in the sum of one thousand dollars, or a property bond in
the sum of two thousand dollars, to secure the payment of
any damages that might be suffered.

Rafael López Landrón, counsel for the defendant, filed
an answer opposing the attachment and praying that the
same be dissolved, and on April 6, 1902, he filed an answer
to the complaint.

On August 4, 1902, the attachment was annulled by an or-
der duly made by the District Court of Humacao, because the
complainant had not furnished the bond which he was order-
ed to furnish on the 16th of the previous month of April, and
it was ordered that a notification be issued to the Registrar
of Property.

On August 2, 1902, Tomás Bernardini filed a petition pray-
ing for the annulment of the order rendered on the 14th of
the said month, and prayed further that the attachment be
again levied. After August 29, 1902, an order was issued in
which all of the facts were set out and in which the court re-
fused to annul the said order.

From this order Tomás Bernardini took an appeal to this
court alleging that the attachment could not be annulled
before the hearing in the case was had. The appeal was per-
fected and is at present pending before this court.

*Mr. Bernardini,* for appellant.
*Mr. López Landrón,* for respondent.

EL JUEZ ASOCIADO SR. MACLEARY, después de exponer los hechos anteriores, emitió la siguiente opinión del Tribunal:

Se *considera* que el mandato dictado por la Corte de Distrito de Humacao, en 14 de Agosto de 1902, anulando el embargo, fué meramente una providencia interlocutoria, y no dispuso finálmente del pleito pendiente ante el Tribunal, y por esa razón no· había lugar al recurso de apelación para ante este Tribunal.

*Fallamos* que debemos declarar y declaramos que no ha lugar al recurso presentado en este caso, é interpuesto por Eugenio Ruiz de Val, contra el mandato de la Corte de Distrito de Humacao antes citado, y condenamos á dicho Ruiz de Val al pago de las cóstas del presente recurso; y con devolución de los autos que se han remitido, líbrese á la Corte de Distrito de Humacao la certificación correspondiente, para su cumplimiento.

Jueces concurrentes: Srs. Presidente Quiñones y Asociados Hernández y Sulzbacher.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.

---

GARCIA *v.* ROIG ET AL.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 12.—Resuelto en Diciembre 11, 1903.

DOMINIO.—En el presente caso se resolvió que no procedia declarar el dominio de la finca objeto del mismo á favor de la tercerista, por haber ésta traspasado sus derechos á favor del Pueblo de Puerto Rico, al que corresponde actualmente dicha finca y correspondía ya en la fecha en que fué contestada la demanda.

EXPOSICIÓN DEL CASO.

En el juicio seguido en el Tribunal de Distrito de Maya-

MR. JUSTICE MACLEARY, after making the above statement of facts, rendered the following opinion of the court:

We consider that the order issued by the District Court of Humacao on August 14, 1902, annulling the attachment was merely an interlocutory order and did not finally dispose of the case pending before the court, and for that reason an appeal does not lie therefrom to this court.

We adjudge that we should dismiss and do dismiss the appeal taken in this case by Eugenio Ruíz de Val from the order of the District Court of Humacao aforesaid, and condemn the said Ruíz de Val to the payment of the costs of this appeal. The record herein is ordered to be returned and that a certified copy of this judgment be sent to the District Court of Humacao for compliance therewith.

Chief Justice Quiñones and Justices Hernández and Sulzbacher concurred.

Mr. Justice Figueras did not sit at the hearing of this case.